IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ISAAC J. MARTIN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2000

_____/

Opinion filed July 25, 2016.

An appeal from an order of the Circuit Court for Duval County.
Mark J. Borello, Judge.

Isaac J. Martin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Upon consideration of appellant's response to the Court's order of May 5, 2016, and having determined the appeal is untimely, the appeal is hereby DISMISSED. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.